# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL WOODROW BEARD,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74589

**FILED**

FEB 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the judgement entered in this Honorable court on or about the 10 day of October, 2017." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no order was entered on October 10, 2017. To the extent that appellant appeals from the order denying a motion for appointment of counsel and denying a motion for temporary restraining order, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Given this order, we take no action on the pro se letter filed on December 15, 2017.

18-05630

cc: Hon. Michelle Leavitt, District Judge
Daniel Woodrow Beard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk